**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6879**

———————

LARRY EUGENE SMITH, JR.,

Plaintiff - Appellant,

versus

BARBARA POHLMAN, Dr., in her individual
capacity; PAULA SMITH, Dr., in her individual
capacity; GEORGE E. CURRIE, in his individual
capacity,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (CA-01-759-5-H)

———————

Submitted: August 28, 2003        Decided: September 8, 2003

———————

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Larry Eugene Smith, Jr., Appellant Pro Se.  James Philip Allen,
OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North
Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Larry Eugene Smith, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Smith v. Pohlman, No. CA-01-759-5-H (E.D.N.C. filed Nov. 19, 2002 & entered Nov. 20, 2002; Jan. 31, 2003). We also deny Smith's motion for appointment of counsel as well as his motion for costs. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2